UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RAYMOND PADILLA,           )
                           )
            Plaintiff,     )     3:05-cv-00215-PMP -VPC
                           )
v.                         )
                           )
E.K. McDANIEL, et al.,     )     O R D E R
                           )
            Defendants.    )
                           )

Before the Court is the Report and Recommendation (#65) of the Honorable Valerie P. Cooke, United States Magistrate Judge, filed April 27, 2006. No Objections to the Magistrate Judge's Report and Recommendation were filed in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be affirmed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#65) April 27, 2006, is affirmed, Defendants' Motion for Summary Judgment (#30) is granted, Plaintiff's Motion for Preliminary Injunction (#31/#32) is denied, and Plaintiff's Motion for Default Judgment (#49) is denied.

DATED: May 18, 2006

_____
PHILIP M. PRO
Chief United States District Judge